UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JERMAINE CHRISTOPHER HUNT,

          Plaintiff,

v.

UNKNOWN KLINE,

          Defendant.

_____/

Case No. 1:25-cv-1429

Honorable Ray Kent

## ORDER OF TRANSFER

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Plaintiff presently is incarcerated at the St. Louis Correctional Facility (SLF) in St. Louis, Gratiot County, Michigan, though the events giving rise to Plaintiff's action occurred at the Saginaw County Correctional Facility (SRF) in Freeland, Saginaw County, Michigan. Plaintiff sues Corrections Officer Unknown Kline. In his *pro se* complaint, Plaintiff alleges that Defendant Kline left his cell unlocked for three hours on May 13, 2025, despite knowing that Plaintiff had been threatened by another inmate. Plaintiff states that during the time his cell was unlocked, he was seriously assaulted and suffered a concussion. Plaintiff claims that he continues to have headaches and emotional problems as a result. (ECF No. 1, PageID.2–3.)

Under the revised venue statute, venue in federal-question cases lies in the district in which any defendant resides or in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). The events underlying the complaint occurred in Saginaw County. Defendants are public officials serving in Saginaw County, and they "reside" in that county for purposes of venue over a suit challenging official acts. *See Butterworth v. Hill*, 114 U.S.

128, 132 (1885); *O'Neill v. Battisti*, 472 F.2d 789, 791 (6th Cir. 1972). Saginaw County is within

the geographical boundaries of the Eastern District of Michigan. 28 U.S.C. § 102(a). In these

circumstances, venue is proper only in the Eastern District. Therefore:

**IT IS ORDERED** that this case be transferred to the United States District Court for the

Eastern District of Michigan pursuant to 28 U.S.C. § 1406(a). **It is noted that this Court has not**

**decided Plaintiff's motion to proceed** *in forma pauperis*, **nor has the Court reviewed**

**Plaintiff's complaint under 28 U.S.C. §§ 1915(e)(2), 1915A, or under 42 U.S.C. § 1997e(c).**


Dated:    November 18, 2025                              /s/ Ray Kent
                                                         RAY KENT
                                                         United States Magistrate Judge

2